PER CURIAM.
Affirmed. See Johnson v. State, 60 So. 3d 1045 (Fla. 2011) ; Williams v. State, 957 So. 2d 600 (Fla. 2007) ; Moore v. State, 882 So. 2d 977 (Fla. 2004) ; Williams v. State, 51 So. 3d 598 (Fla. 2d DCA 2011) ; McNeil v. State, 993 So. 2d 1030 (Fla. 2d DCA 2008) ; Nielson v. State, 984 So. 2d 587 (Fla. 2d DCA 2008) ; Owens v. State, 41 So. 3d 372 (Fla. 4th DCA 2010) ; Paul v. State, 830 So. 2d 953 (Fla. 5th DCA 2002).
KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.